# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

|  |  |  |  |
|---|---|---|---|
| State Farm Life Insurance Company | ) | | |
| | ) | | |
| Plaintiff | ) | | |
| | ) | | |
| vs. | ) | CASE NUMBER : | CV116-85 |
| | ) | | |
| Latasha Jefferson et al., | ) | | |
| | ) | | |
| Defendant | ) | | |

## CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that _____ State Farm Life Insurance Company _____

has deposited with the Court the sum of $ __91,813.55__ under F.R.Cv.P. 67. The money,

designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account

in accordance with the general order of this Court, entered September 23, 1983.

DONE this __30th__ day of _____ June _____ , ___2016___ , by Order of this Court.

SCOTT L. POFF, CLERK

By : _____
Deputy Clerk

(Rev. 9/02)

Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV026557
Cashier ID: lherb
Transaction Date: 06/30/2016
Payer Name: State Farm Life Insurance
---
TREASURY REGISTRY
 For: State Farm Life Insurance
 Case/Party: D-GAS-1-16-CV-000085-001
 Amount:        $91,813.55
---
CHECK
 Check/Money Order Num: 2402427495
 Amt Tendered:  $91,813.55
---
Total Due:      $91,813.55
Total Tendered: $91,813.55
Change Amt:     $0.00



STATE FARM LIFE INSURANCE COMPANY
PO BOX 2364
BLOOMINGTON IL 61702-2364

**2402427495**

JPMORGAN CHASE BANK, N.A.56-1544/441

COLUMBUS, OH

06282016
DATE M M D D Y Y Y Y

PAY*****$91,813.55

PAY
TO THE
ORDER
OF

CLERK OF COURT, USDC SDGA
FINANCIAL DEPARTMENT
P O BOX 8286
SAVANNAH, GA    31412

Chairman

Treasurer
VOID IF GREEN COLORED BACKGROUND IS MISSING

LF-1748-2856

COMPANY LOGOS APPEAR ON BACK, HOLD AT 45° ANGLE FOR VIEWING

⑈240242749⑈5 ⑉044⑈⑈5443⑉  634865299⑈  SAV 026557

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

STATE FARM LIFE INSURANCE       *
COMPANY,                        *
                                *
        Plaintiff,              *
                                *
    v.                          *
                                *        CV 116-085
                                *
LATASHA JEFFERSON,              *
DAVID TURNER, VALERIE SMITH,    *
and BEVERLY WILCHER WHITAKER,   *
                                *
        Defendants.             *
                                *
                                *

                           O R D E R

        Presently before the Court is Plaintiff's motion to deposit
funds.   (Doc. 3.)   Plaintiff moves for permission to deposit
into the Registry of the Court $90,651.59, plus interest,
payable by reason of the death of Michael E. Turner.   Upon
consideration, the Court **GRANTS** Plaintiff's motion.   Plaintiff
is **DIRECTED** to deposit the disputed funds into the Registry of
the Court pursuant to Local Rule 67.

        **ORDER ENTERED** at Augusta, Georgia this 27th day of June,
2016.

                            _____
                            HONORABLE J. RANDAL HALL
                            UNITED STATES DISTRICT JUDGE
                            SOUTHERN DISTRICT OF GEORGIA