IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

STATE FARM LIFE INSURANCE
COMPANY,

    Plaintiff,

v.

LATASHA JEFFERSON,
DAVID TURNER, VALERIE SMITH,
and BEVERLY WILCHER WHITAKER,

    Defendants.

CV 116-085

## O R D E R

Presently before the Court is the parties' Consent Motion for Discharge, Permanent Injunction, Dismissal, and Attorneys' Fees. (Doc. 16.) State Farm filed its interpleader complaint on June 17, 2016 and moved to deposit the disputed funds that same day. (Docs. 1, 3.) The Court granted the motion on June 27, and State Farm deposited the funds on June 30.

State Farm now represents that it has no further obligations under the policy at issue in this case. Accordingly, the parties have consented to: (1) Defendants being permanently enjoined from bringing any other action against State Farm for recovery under the policy; (2) State Farm being discharged from further liability under the policy; (3) State

Farm being dismissed from this action with prejudice; and (4) State Farm receiving $5,000.00 in attorneys' fees from the money deposited in the Court's registry.

Upon consideration, the Court **GRANTS** the motion. Defendants are enjoined from initiating any other action against State Farm for recovery under the policy at issue, State Farm is hereby discharged from liability under the policy, and State Farm shall be **DISMISSED WITH PREJUDICE** from this action. Moreover, the Clerk is **ORDERED** to issue a check from the deposited funds in the amount of **$5,000.00** made payable to **State Farm Life Insurance Company**. The Clerk shall mail the check to:

> Nikole M. Crow, Esq.
> Womble, Carlyle, Sandridge & Rice, LLP
> 271 17th Street, NW
> Suite 2400
> Atlanta, Georgia 30363.

**ORDER ENTERED** at Augusta, Georgia this 2nd day of September, 2016.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```