AO 450 (GAS Rev 10/03) Judgment in a Civil Case

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 MAY 10 AM 11: 22
CLERK _____
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

IN RE: STATE FARM LIFE INSURANCE
POLICY NO. LF-1748-2856

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 1:16CV085

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

That in accordance with the verdict entered on May 9, 2018, Judgment in the amount of Eighty-Six Thousand, Eight Hundred Thirteen Dollars and Fifty-Five Cents ($86,813.55) plus any interest accrued during the pendency of this matter is hereby entered in favor of Claimants David Turner and Beverly Wilcher Whitaker. The Clerk shall disburse the funds connected with this case and remaining in the registry of the Court in the amount described above to counsel for Claimants Turner and Whitaker with a check made payable to "John R.B. Long, PC Trust Account." Pursuant to Federal Rule of Civil Procedure 62(a), the Clerk shall not execute this Judgment until fourteen days after its entry.

Approved by: _____
Brian K. Epps, U.S. Magistrate Judge

May 10, 2018
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03